UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IBRAHIM LAH,

Petitioner,

v.

WARDEN OF OTAY MESA
DETENTION CENTER,

Respondent.

Case No.:  3:26-cv-1784-CAB-JLB

**ORDER DISMISSING AMENDED
PETITION FOR A WRIT OF
HABEAS CORPUS**

[Doc. No. 4]

Petitioner Ibrahim Lah, an immigration detainee proceeding pro se, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Amended Petition").]  Petitioner was detained by immigration authorities on September 4, 2025 when he crossed the border.  [Amended Petition at 4; Doc. No. 4-2 at 1.]

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023).  On April 9, 2026, the Court dismissed Petitioner's original petition with leave to amend if his detention extends beyond a year.  [Doc. No. 3.]  Though the Amended Petition provides additional details regarding Petitioner's master hearings to date, it provides no new information that change the Court's analysis of the *Banda* factors.

///

///

1

3:26-cv-1784-CAB-JLB

The Court therefore **DISMISSES** the Amended Petition **WITH LEAVE TO AMEND** in the event that Petitioner's detention extends beyond a year.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: May 28, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2

3:26-cv-1784-CAB-JLB